Cause No.: A-23-12-1332
Ector County - 70th District C
Ector County, Te
12/7/2023 12:47
Clarissa Web
District C
By: Amber Rey, De

A-23-12-1332-CV

CAUSE NO. _____

| | | |
|---|---|---|
| TRUPORT LOGISTICS, LLC | § | IN THE _____ DISTRICT COURT |
| *PLAINTIFF*, | § | |
| | § | |
| v. | § | |
| | § | OF |
| ATC WEST TEXAS, LLC D/B/A PREMIER | § | |
| TRUCK GROUP OF ODESSA | § | |
| *DEFENDANT*. | § | ECTOR COUNTY, TX |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Truport Logistics, LLC** ("Plaintiff"), by and through their respective counsel of record and files this Original Petition and Request for Disclosure against **ATC West Texas, LLC d/b/a Premier Truck Group of Odessa** ("Defendant"). In support of this Petition, Plaintiff alleges and shows this Court as follows:

### I.     DISCOVERY CONTROL PLAN

1.  Plaintiff requests discovery be conducted in this case under Level 2, pursuant to TEX. R. CIV. P. 190.3.

### II.     PARTIES

2.  Plaintiff is a New Jersey Corporation and may be served with process or other communications through their counsel of record, Charles Moster of The Moster Law Firm, P.C., 4920 South Loop 289, Suite 103-A, Lubbock, TX 79414. Pursuant to TEX. CIV. PRAC. & REM. CODE § 30.0124.

3.  Defendant **ATC West Texas, LLC d/b/a Premier Truck Group of Odessa** is a Texas limited liability company with a local address at 4200 Port Boulevard, Dallas, Texas

75241 and may be served through its Registered Agent, CT Corporation System located at 1999 Bryan St. Suite 900, Dallas, Texas 75201-3136.

### III.    JURISDICTION, VENUE, AND RELIEF

4.  Jurisdiction of this case is proper in the above styled State District Court because the amount in controversy exceeds this Court's minimum jurisdictional amount as prescribed by statute.  Jurisdiction of this case is further made proper in the above styled District Court because this is the county where a substantial amount of the acts or omissions giving rise to this suit occurred.

5.  In accordance with TEX. R. CIV. P. 47, Plaintiff is seeking monetary relief less than $250,000 excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs.

6.  In compliance with TEX. CIV. PRAC. & REM. CODE, CH. 16, SEC. 16.001 *et seq.*, this Petition and all claims and allegations herein have been filed within the time allotted under all applicable statutes of limitations.

### IV.    FACTS

7.  Plaintiff incorporates by reference all of the allegations and statements as set forth above.

8.  On or about February 12, 2023, Plaintiff's 2019 Freightliner M2 truck VIN: 1FVACWD20KHKG7010 experienced a breakdown in transit through Odessa, Texas.

9.  Subsequent to this breakdown, the truck was brought to Defendant's shop for repairs. Unfortunately, the repair process has resulted in a series of complications, giving rise to significant damages and financial losses for Plaintiff.

10. Once at Defendant's premises the initial diagnosis and repairs, as evidenced by the invoices attached as Exhibit "A" indicated that the replacement of injectors and other parts

and labor, totaling an excess of $15,000 would fix the issue that was being experienced with the vehicle.

11. A subsequent investigation revealed that these repairs were unnecessary. The real cause of the problem was a smaller part, the "Jake Solenoid", priced at less than $1,000, was the actual requirement.

12. Following the replacement of the "Jake Solenoid", corroborating the argument above, Defendant communicated to Plaintiff that the vehicle was "fully repaired" and "ready for pick up". At Plaintiff's request, the truck underwent one last test drive conducted by Defendant. Unfortunately, during this test drive, Defendant claims #5 Rod went out the engine block, resulting in catastrophic engine failure. According to Defendant this was due to rod bolt failure. *See* Exhibit "B".

13. In the aftermath of the engine failure, Defendant presented Plaintiff with estimates totaling $34,768.36 for the cost of repairing the damage caused during the test drive. *See* Exhibit "D".

14. The total revenue earned by the truck's performance for the previous 5 months period is included as Exhibit "E".

15. These excessive demands for payment by Defendant are highly contested, given the misdiagnosis and the subsequent damages incurred while the vehicle was in Defendant's custody and control.

16. A demand letter concerning the issues detailed above was sent to Defendant on October 5, 2023, however, to date Defendant remains unresponsive. *See* Exhibit "F".

## V.     CAUSES OF ACTION

### COUNT 1—BREACH OF CONTRACT

17. Plaintiff hereby and herein incorporates by reference the allegations and statements as set forth above.

18. Plaintiff entered into a Contract (the "Contract") with Defendant for the purpose of conducting repairs on Plaintiff's truck properly identified herein.

19. Pursuant to that Agreement, Plaintiff agreed to pay Defendant for the work to be performed.

20. Plaintiff fully performed all conditions, covenants, and promises under the Contract.

21. However, Defendant failed to comply with his obligations under the Contract.

22. Defendant failed to meet the contract's obligations in the sense that they failed to properly identify the issues with the vehicle.

23. Defendant failed to abide by the contract because they executed unnecessary repairs on the vehicle at issue.

24. Defendant further breached the contract by deeming the vehicle to be "fully repaired" when in fact it completely broke down while Defendant was testing it and suffered severe damages that has rendered the vehicle useless.

25. Defendant materially breached the Contract by failing to perform the project in a good workmanlike manner.

26. Plaintiff has lost income that was to be generated by the truck during an unreasonable amount of time it has remained at Defendant's property.

27. Plaintiff was damaged by Defendant's breach in the economic amount of $184,09.67. Additionally, Plaintiff is entitled to recovery of all costs of court plus interests, as well as attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq*.

### COUNT 2—NEGLIGENT MISREPRESENTATION

28. Plaintiff hereby and herein incorporates by reference the allegations and statements as set forth above.

29. Defendant represented that he would carry on the work in a good workmanlike manner.

30. Defendant represented that he had the knowledge and expertise to successfully execute the repairs on the vehicle at issue.

31. Defendant made the representation in the course of his business.

32. Defendant can be held liable for negligent misrepresentation if it makes a representation in the course of its business. McCamish, Martin, Brown, & Loefler v. F.E. Appling Interests, 991 S.W.2d 787, 791 (Tex. 1999); First Interstate Bank v. S.B.F.I., Inc., 830 S.W.2d 239, 245 (Tex.App. – Dallas 1992, no writ).

33. Information given in the course of Defendant's business, profession, or employment is sufficient to prove the Defendant had a pecuniary interest in the representation.

34. Plaintiff actually and justifiably relied on Defendant's representations.

35. Plaintiff has lost income that was to be generated by the truck during an unreasonable amount of time it has remained at Defendant's property.

36. Plaintiff was damaged by Defendant's breach in the economic amount of $184,09.67. Additionally, Plaintiff is entitled to recovery of all costs of court plus interests, as well as attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq*.

## COUNT 3—COMMON-LAW FRAUD

37. Plaintiff hereby and herein incorporates by reference the allegations and statements as set forth above.

38. Defendant failed to meet the contract's obligations in the sense that they failed to properly identify the issues with the vehicle.

39. Defendant failed to abide by the contract because they executed unnecessary repairs on the vehicle at issue.

40. Defendant further breached the contract by deeming the vehicle to be "fully repaired" when in fact it completely broke down while Defendant was testing it and suffered severe damages that has rendered the vehicle useless.

41. Defendant materially breached the Contract by failing to perform the project in a good workmanlike manner.

42. Defendant represented to Plaintiff that he would perform and had the knowledge to do so.

43. Defendant's representation to Plaintiff was a false promise of performance.

44. Defendant made the false representation knowing it was false.

45. Plaintiff justifiably relied on Defendant's false representation when he entered into a Contract with Defendant.

46. Defendant's false representation directly and proximately caused injury to Plaintiff.

47. Defendant's misrepresentations about their ability to complete repairs to the truck directly caused Plaintiff's injuries.

48. Plaintiff is seeking exemplary damages due to Defendant's fraud, which induced the Plaintiff to enter into a Contract with Defendant.

## COUNT 5—VIOLATIONS OF THE DECEPTIVE TRADE PRACTICES ACT

49. Plaintiff hereby and herein incorporates by reference the allegations and statements as set forth above.

50. Plaintiff is a consumer under the Deceptive Trade Practices Act ("DTPA") because Plaintiff is an individual contracting for services.

51. Plaintiff sought services from Defendant to conduct repairs on the truck completely identified herein.

52. Defendant is a corporation that can be sued under the DTPA.

53. Defendant violated the DTPA when Defendant breached the implied warranty of good and workmanlike services.

54. Plaintiff was damaged by Defendant's violations of the DTPA by breaching the implied warranty of good and workmanlike services in the economic amount of $184,098.67 and is entitled to recovery of that amount plus interest, costs, and attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq.*

55. Plaintiff is also seeking mental anguish damages because Defendant acted knowingly and intentionally when it breached the implied warranty of good and workmanlike services.

56. Plaintiff is also seeking treble damages for Defendant's knowing and intentional violation of the DTPA for both Plaintiff's actual damaged and mental anguish damages.

57. Plaintiff gave Defendant notice as required by Texas Business & Commerce Code section 17.505(a). Attached as Exhibit "F" is a copy of the notice letter sent to Defendant, which is incorporated by reference.

## COUNT 6—BREACH OF IMPLIED WARRANTY OF GOOD & WORKMANLIKE SERVICES

58. Plaintiff hereby and herein incorporates by reference the allegations and statements as set forth above.

59. Defendant failed to meet the contract's obligations in the sense that they failed to properly identify the issues with the vehicle.

60. Defendant failed to abide by the contract because they executed unnecessary repairs on the vehicle at issue.

61. Defendant further breached the contract by deeming the vehicle to be "fully repaired" when in fact it completely broke down while Defendant was testing it and suffered severe damages that has rendered the vehicle useless.

62. Defendant materially breached the Contract by failing to perform the project in a good workmanlike manner.

63. Defendant sold services to Plaintiff for repairing the truck at issue.

64. Defendant did not perform the services in a good and workmanlike manner because Defendant's services did not rise to the standard level of performance expected in the industry. In fact, Defendant wholly failed to perform the services contracted for under the Contract given that the engine itself was completely destroyed by Defendant after the services were performed and while the vehicle was in their sole custody and control.

65. Defendant's breach of warranty directly and proximately caused injury to Plaintiff, which resulted in damages.

66. Plaintiff has lost income that was to be generated by the truck during an unreasonable amount of time it has remained at Defendant's property.

67. Plaintiff was damaged by Defendant's breach in the economic amount of $184,09.67. due to Defendant's breach of the implied warranty of good and workmanlike services.

68. Additionally, Plaintiff is entitled to recovery of all costs of court plus interests, as well as attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq.*

## COUNT 7—BREACH OF EXPRESS WARRANTY FOR SERVICES

69. Plaintiff hereby and herein incorporates by reference the allegations and statements as set forth above.

70. Defendant failed to meet the contract's obligations in the sense that they failed to properly identify the issues with the vehicle.

71. Defendant failed to abide by the contract because they executed unnecessary repairs on the vehicle at issue.

72. Defendant further breached the contract by deeming the vehicle to be "fully repaired" when in fact it completely broke down while Defendant was testing it and suffered severe damages that has rendered the vehicle useless.

73. Defendant materially breached the Contract by failing to perform the project in a good workmanlike manner.

74. Defendant failed to comply with his obligations under the Contract.

75. Defendant made a representation to Plaintiff about the quality and characteristics of the services that would be performed via the signed Contract.

76. Defendant made the representation as an affirmation of fact.

77. Defendant's representation was part of the basis of the bargain.

**78.** The service provided by Defendant did not comply with Defendant's representation, which was a breach of Defendant's express warranty.

**79.** Defendant's breach of warranty directly and proximately caused injury to Plaintiff, which resulted in damages in the amount of $184,09.67.

**80.** Plaintiff was damaged by Defendant's violations of Defendant's express warranty for services in the economic amount of $184,09.67 and is entitled to recovery of that amount plus interest, costs, and attorney's fees pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 *et seq.*

### VI.    JURY DEMAND

**81.** Plaintiff requests the right to a jury trial in this matter.

### VII.    REQUEST FOR DISCLOSURES

**82.** Pursuant to TEX. R. CIV. P. 194, you, the Defendant, are requested to disclose, within 30 days of service of this request, the information or material described within RULE 194.2.

### VIII.    PRAYER

**83. WHEREFORE, THE FOREGOING CONSIDERED,** Plaintiff respectfully requests that he be granted judgment with respect to all causes of action asserted herein, and hereby requests that Defendant be cited to appear and answer and that on final trial Plaintiff receive and have:

**A.** Judgment against Defendant in the amount of $184,09.67.

**B.** Judgment against Defendant for past and future actual damages.

**C.** Judgment against Defendant for past and future economic damages.

**D.** Judgment against Defendant for exemplary damages.

**E.** Judgment against Defendant for attorney's fees incurred in this matter.

**F.** Judgment against Defendant for all costs of court; *and*

**G.** Such other and further relief to which Plaintiff may show himself justly entitled.

Respectfully submitted,

**The Moster Law Firm, P.C.**
4920 S. Loop 289, Suite 103-A
Lubbock Texas 79414
(806) 778-6486 – Phone
(866) 302-7046 – Facsimile

By: */s/ Charles A. Moster*
Charles A. Moster
SBN: 00797782
Zachary Della Porta
SBN: 24134899
cmoster@themosterlawfirm.com
zachary@themosterlawfirm.com
mgomez@themosterlawfirm.com
jcook@themosterlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on December 7th, 2023, Defendant was properly noticed and served with a true and correct copy of the foregoing document via the e-File electronic filing system and e-mail upon their counsel of record.

Respectfully submitted by,

/s/ **Charles A. Moster**
Charles A. Moster

Customer #: 303087
Unit#:

Invoice No: 11235784

**PREMIER**
**TRUCK GROUP**

··INVOICE·
DUPLICATE 2

Page 1 of 4

TRU PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, NJ 08016
Home: 609-963-9140  Bus:
Email: truportlogistics@gmail.com \work    Cell:

PTG OF ODESSA
PO BOX 7379
ODESSA TX 79760

PLAINTIFF'S
EXHIBIT

**A**

SERVICE ADVISOR: 7219 Brandon Ball

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| WHITE | 19 | FREIGHTLINER M2'106 | 1FVACWD20KHKG7010 | | 308212 / 3082 12 | T2742 |
| DEL DATE | W/Mi. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 23JUL18 | | 23:59 13FEB23 | | 220.00 | CASH | 19JUN23 |
| R.O. OPENED | | READY | OPTONS: ENG:9:36913S000078'1 THN 83'11611"186 | | | |
| 14:15 13FEB23 | | 17:01 19JUN23 | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOT1\L |
|------|--------|------|------|-------|--|------|-----|--------|

A EXPRESS ASSESSMENT 1 HOUR** HECTOR 609-963-9140
    EA EXPRESS ASSESSMENT 1 HOUR
        7038 DIXON,TRISTAN ALIC#:
           CEA                  187.00      187.00
DISCOUNT115% LABOR GOODWILL DISCOUNT
           CSR                  -28.05     -28.0.5
308212
hooked up to truck found no codes, inspected fuel in water
seperator, and fuel tank, no visual signs of contamination, started
truck, idled for 10 sec, then idled roughly for 5 sec, and shut off,
after shutting off, truck will no longer idle, will start and
immediatly shut off once running.
will need additional diag.
7038, tristan
         ************************************************************

B CHECK AND ADVISE TRUCK WILL START BUT WILL NOT STAY RUNNING- (MOBILE
    TECH. STATES POSSIBLE FUEL PUMP FAILURE) CUSTOMER STATES FUEL
    WATER SEPARATOR LOOKS DIRTY BUT SHOULD HAVE BEEN REPLACED 1
    MONTH AGO DURING FULL PM
    00 GENERAL INFO
        7038 DIXON,TRISTAN ALIC#:
           CSR
        7127   CSR
        52126 BUSBY, MICHAEL LIC#: 24.020
           CSR

                                    6732.00   6732.00
  1 23-13149-029 PLUG 21CAV MCP2 8S AI BK SEAL   25.09   25.09    25.09
  1 DDE/A9362031217 VENT LINE    39.62   39.52    39.52
  1 DDE/A.0061534228 SENSOR. CRANKSHAFT POSITION  30.18   30.10    30.10
  1 FREIGHT FRT & HDLNG       85.00   45.00   ,15.00
  INJECTOR CORES TO DOGGETT
  1 DDE/A9361807410 KIT - OIL FILTER   21.25   21.19    21.19
  12 CGO/700 CITGO 10W30 700    29.46   23.21   278.52
  1 DDE/A9936 1 DJISS4 SOIIE◆IQIO VLV    168.2   J6Y.06  16.1.96

IMPOATANT INFORMI\TION IIBOUT WARRANTIES rnd RETURNS: bvolnlor Irup Grilul, (PTG), he,cb/ e ple§uly ditcl•lm• ll wnrr1.lnlt1s, cxpres11 Lf 111lll1A<1 including ar,y lm1.hod Warra,W,• U Ulrohrnnal,1111.1 or hlneos for a pomctllor plfpOScil. PTO nolhol asmlm.. nor nu1horl1es a,w u\hur 1018011 \|l 8SSUltle ru, I 11y llabllllv "'l connoclion wllI, t1l0 llcmlul ookl or work pclormud rcloting lo thf' 11•ng;,clion IN no ov,,nl sh•ll P G bc loblo 1or 1llv Incldcnt41 or contrnucntrol <1omclou or any r,ommoroil blls onsmo out of th ll'nn6ction. Woltorl.ties, ditl;o u,pros c1 lmpltcd mull1 by the moonulactunom oo fllll1< old by PTG may ,>ply. PTG may mss1st Customer In m•lna claim. g111h\ uct, monufocturoru, ,f roquc\e0 by C1,sto11u, Ad Cla,rns for rlmmvod merchomds,. alu -oros mu1 bc lru\do accg111p1ulud by the Afsbili:33lon INvOC0 wh In 30 doys of ll\rchoso, VENII: x x worcitri llull this llgcontlll • ont;cd Into n tllc Sauc, ol TEX/\S lid 1 nuvern• hv the lawss of Ilic Stalc of Tuna.

| | DESCRIPTION | |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

X
  Custome or Sinnature

REMIT ALL PAYMEN1s ro:

Customer #: 303087

Unit#:

Invoice No: 11235784

*INVOICE*

DUPLICATE 2

Page 2 of 4


PREMIER TRUCK GROUP

TRU PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, NJ 08016
Home: 609-963-9140 Bus:
Email: truportlogistics@gmail.com Iwork Cell:

PTG OF ODESSA
PO BOX 7379
ODESSA TX 79760

SERVICE ADVISOR: 7219 Brandon Ball

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 19 | FREIGHTLINER M2106 | 1FVACWD20KHKG7010 | | 308212 / 308212 | T2742 |

| DEL. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|
| 23 JUL'18 | | 23:59 13FEB23 | | 220.00 | CASH | 19JUN23 |

| A.O. OPENED | READY | OPTIONS: ENG:93691 ISO00.786 TRN:6 T'I IG1t1486 |
|---|---|---|
| 14:16 13FEB23 | 17:01 19JUN23 | |

| LINE | OPCODE | TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|
| 1 | FREIGHT | FRT & HDLNG | | 85.00 | 35.00 | 35.00 |
| 1 | TCX/D130117329AC3 | CLAMP-90MM MDEG SPHERICAL | | 54.00 | 5,1.00 | 54.00 |
| DISCOUNT11Si | LABOR GOODWILL DISCOUNT | | | | | |
| | CSR | | | | -500.00 | -500.00 |

308212 failed injectors, failed jake solenoid.
helped tow in truck
hooked up to truck, found no active fault codes, truck still
shutting off, went to hang a test mcm, 21 pin connector broke will need
to repin new connector in, to complete hanging test, removed portion of
engine harness out of the way and removed water seperator fuel lines,
pulled mcm, replaced 21 pin connector, installed test mcm, reinstalled
engine harness, reinstalled fuel lines, programmed test mcm, issue
remained, hung test cpc, reprogrammed test cpc, issue still remains,
will need to call detroit and start case and get further assistance.
7038, tristan
submitted case with detroit.7038,
52126 took over job contact csc disconnect alt and try to start
same result install test acm same result perform trouble shooting for
hard start no start no fuel leaks no fuel in hot pipe engine rotates
fu 1 level good fuel is not contaminated no fuel in oil no fault codes
was lead to continue with test A cranking speed good engine state
correct kw/nw correct rail pressure over 180 bar trouble shooting
states to replace injectors quote injectors 52126 remove and replace
injectors unit still is a no start contact Detroit was advised to
perform a crank with priming tool and a crank with out and send log
files did this waiting to hear back 52126 was advised to remove hot
pipe and attempt still no start remove exhaust at one box still no
start remove and replace crank sensor still no start sent results to
Detroit. Was advised to remove oil pan and check for metal. I removed
oil pan and ionspected for metal, none found. Rods and Mains are good
with no issues. I had to remnove steer axle U-bolts to get oil pan to
clear for removal. These are stripped and need replaced upon
installation. Advised Detroit once again. Sent another rlog file for
th.Pm Ln rev1ew. R;in vr>hicle rrnt r. F a b11n≡L"T' of fl.r≥l "lt;h. tho Vi;>hir;l,e

IMPORTANT INFORMATION ABOUT WARRANTIES M.d RF.TURNS, l'romlor 1luck th·u111 ["T(j), horcby oxprossly dlscloi11s all werronthtr, exprosG or lmpllod. Includl110 nnv lmplied w111lnnly of ntorohor11ttbtllv or limosc tor a par·lloulor rurposG, PTG notltbtr assumeG llur out(i>110n any olho; person ln aMume lur ll any Lll'nlj,ty ln conncchon wllh 110 ltemlw! soltl or vpyr portcurnatl roloting to thls Cransacton. IN no ve,,t nnall PTG lJc llblo fU onv lncldontni or clll1 ncluunlul djllblJll& Gl nnv cor11mo10lnl lo+s orlslng ou\ ol U,ls ll'l1>oction. Wn11m1luς Olltel oljploua Gl lnmlldd nndu tly tho 111AnlJllsC\115us oq ltnmo suld by PTG may Jl11v. PTG nnv ncljlet c1l0lmrnr ln making Jll'ntn obltl ogolnsll EUc)l lnmllnelt11r ers. If 111uotsll by Cuslornor. Jll Clolnl for r11m,ctl nlerhandl&o Junll mxdG most tE mildly occomprnlod by Ihe Dl11lccation /n·lona wlthlr, 30 dav· of pulohllne. Vr.NllE. l 1 nurecd that th·· agreement • entered lntn ln the Stute of TEXAS n"d Is r,ovcrnad by the lnws of Ue Sl<11l0 of Texns.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSUFIANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

X _____
    Customer Signature

**CUSTOMER COPY**

Customer ft: 303087
Unit#:

Invoice No: 11235784

*INVOICE*

DUPLICATE 2

Page 3 of 4

PREMIER
TRUCK GROUP

TRU PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, NJ 08016
Home: 609-963-3140  Bus:
Email: twportlogistics@gmail.com lwork

Cell:

PTG OF ODESSA
PO BOX 7379
ODESSA TX 79760

SERVICE ADVISOR: 7219 Brandon Ball

| COLOR | | MAKE/MODEL | VIN | LICENSE | MILAGE  h I/OUT | TMI |
|-------|--|-----------|-----|---------|-----------------|-----|
| WHITT: | 19 | FREIGHTLINER M2106 | 1FVACWD20KHKG7010 | | 308212 / 308212 | T27IJ2 |
| DEL.DATE | WA1R EXP. | PROMISED | PO NO. | RATE | PAYMEMT | NV. DATE |
| 23.JUL 18 | | 23:59 13FEB23 | | 220.00 | CASH | 19JUI•23 |
| R.O. OPEN&b | READY | OPTIONS: rnc:936913S000()786 TRU:S311fi14II86 | | | |
| 14: 15 13FEB2:3 | 17:01 19JUN23 | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

Interface Module connected so no other modules would be connected or
affecting the engine. Still starts and dies immediately. Talked to
several people on the phone and we still cannot determine the issue.
Started to do a list of checks to try and figure this out. After
several mocths we found the Jake solenoid was stuck ope. Installed new
Jake solenoid verified repair. Vehicle starts and runs with no issues.
finally this vehicle is fixed. Unit can be released. no other issues.
*********************************************************************

C  INSTALL DF.IVELINE
     00 GENERAL INFO
           7038 DIXON,TRISTA.1"J ALIC#:
               CSR                                            187.00    187.00
           1 TCA/KT17SB STRAP & BOLT KIT FOR EASY SERVICE
           YOKE                                    21.47     16.70     16.70
DISCOUNT115% LABOR GOODWILL DISCOUNT
               CSR                                           -28.05    -28.05
308212
INSTALLED I:RIVELINE WITH NEW STRAP KIT.
7038, TRISTAN
           ******************* *************.****k***.*********.*

D*•  STEER AXLE U BOLTS
     00 GENER.1.\L
           52126 BUSBY,MICHAEL LIC#: 24020
               CSR                                           187.00    1B7.00
           4 A-680-322-04-25 U-BOLT             22.52     22.52     90.08
           8 23-00461-006 NUT-3/4 16.HI.HEX GB   5.14      5.14     .11.12
           8 23-09114-004 WASHER-FLAT.STEEL.HARDENED.3/4
           IN                                      1.58      1.58     12.64
DISCOUNT115% LABOR GOODWILL DISCOUNT
               CSR                                           -28.05    -28.05
308212  cut out steer axle u-bolts and install new bolts and nuts
torque nuts to specs 52126
           ****** **.********* . . . . . . . . . . . . . . . . . . . .

E*•_•_EI11_\IB.Iii._CL E _B8rI(TOGE3'HEB _AND_D'tSE IGL\('iE_IEI;iNStfiSfIiqN_Tn_CRR_TP_THZIs
IMPO7TINT INCUMATION ABOUT VWUANTICS aTH RETURNS: PIt11fioI1ucI, LICVA IoTtI, h.,by a<p!f1l%V,
dt3ckitu: al wnim1IIep, ec011% 0I Inf1IIad, IIIduch11 rmI mjInd vaImntv 0I Inorci1MInIiIIitv oI IInoi3.,Ir u
inf1br1ht1 purIn.p, JI'G 1IIimn $Hvmea rrr, 1T1UuGiers arv qIhor pcrst." 11•IisI11n f.t I, n1t1 Innhtitv h
ToIrmoIta, wu uo IIooIt,I Iuid •r wod. ber$h1I at b9Urq '10 H.r proeet.or, N...aI40I3Ihr,I P.q.toIuIne•
Io, Inu•b1t1Ihmm o aoIaquoIHH1 duIThIu,o rriv ecn11Iffadd Iou, 1t8uf1ugut d tIfis tmnsouIiun, WcrmInh1S,
aIher eXfTItioo 0I tmplof nIedu bI tou nIaf1uflchtmnr, on,tvrnm set,I hv T1.I rnrv appIv, PTO rnnv .n0 sI
Omtarnet r, rT1t1kI1C1 onIx &vv!tI tuch mO11Iaowrn1, 1r roquo•rmII ,bI Ctt5an1or. AII'cT11t11s 101 T1f111f1ekI
n1rmgmtI%I' nnf cores musI b It0Ule nqu,rnpombd by fIm aqdcIcI0n Invoed_oo wIIIrtI 30 day, 0I .b1-11dIun
VENIE, h b ouarcII Thot T1?,aufedrIat11& (nIIu:d IIIo'h IIa SIoIq u' TEXAS noI b 00",,noP bv fn1Iffwe oI
hI1 suo e11 nret.

X_____
     Customr Sg1rn1ura

| | QES,.AI:-THN | TOTAIS |
|--|--------------|--------|
| | LABCR AMCUNT | |
| | PARTS AVOLN I | |
| | GAS, OIL, ILUDE | |
| | SUBU r AMCUNT | |
| | MBC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

Customer ti: 303087

Invoice No: 11235784

*INVOICE*

DUPLICATE 2

Page 4 of 4

**PREMIER**
TRUCK GROUP

TRU PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, NJ 08016
Home: 609-963-9140   Bus:
Email: truportlogistics@gmail.com Iwork

PTG OF ODESSA
PO BOX 7379
ODESSA TX 79760

Cell:

SERVICE ADVISOR: 7219 Brandon Ball

| COLOR | YEAR | MAKE/MO D H | VIN | LICENSE | MILEAGE N /OUT | TAG |
|-------|------|-------------|-----|---------|----------------|-----|
| WHITE | 19 | FREIGHTLINER M2106 | 1FVACWD20KHKG7010 | | 308212 / 308212 | T274?.. |

| DEL. DATI, | WARR. EXP, | PROMISED | PO NO. | RATE | PAYMENT | INV. CATE |
|-----------|-----------|----------|--------|------|---------|-----------|
| 23JUL 18 | | 23:59 13FEB23 | | 220.00 | CASH | I9JUNJ23 |

| A.O. OPENED | READY | OPTIONS; ENG :936813S0000786 TRI\:63) 161 T186 |
|-------------|-------|---|
| :14: 15 13FEB23 | 17:01 '19JUN23 | |

LINE OPCODE TECH TYPE HOURS                    LIST     NET     TOTAL

```
        IS THE PROBLEM.
    00 GENERAL
        52126 BUSBY,MICHAEL LIC#: 24020
            ISP                                                    (N/C)
308212 hook everything back up to start unit remove bolts from
torque converter attempt to start unit same result. Sent multiple log
files. Foreman got ahold of engineers and dealer trainers to try and
figure out this unknown issue. Verified no plugging in the after
treatment. Verified EGR valve is not sticking. Verified engine valve
lash is set properly. Disconnected cam-phaser and still does the same
thing. Decided to try testing the Jake actuators. Did not have tool so
we had to order. Received tool to check engine brakes remove solenoid
install tool perform checks all working properly reinstall solenoid and
left unplugged unit starts and runs properly finally. Confirmed Jake
solenoid was stuck open this whole time with no faults or indication
whatsoever. Re-installed everything that was removed, Waiting for jake
solenoid at this time.
    *****************************************************
 -M- CONTACT NAME: (No Name
Contact)  CONTACT PHONE: (No
Phone Contact)  CONTACT EMA.IL:
 (No Email Contact)
```

IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS: P0t11iei Tru⊕, Group (pIG), herolly Cl<prossN cll⊕claims :]l warmnHoS', express 0I ImplicJJ, incIUdTno any Inl1Jl⊕J va11011ty or merchanIablIi11y ;: IiiMn⊕ for o riarli<culm purpose. FTG neither ossaunws IIo⊦ mutharbe⊦ H⊦⊕ 0IIhor p;adil1 I0 oss.Hne for Il 0Iw Itlbility :,, 00t1ncalo1t1 wilJl IIo I1oniel sold 0r wnk soriqumad ruisaIing to this tra,tsartion. N 1D elten1 nhnil PTG he Habla to, ⊹nv Incldo11Ial or Go11ooqs-t0IHBI dnmnrgos or nny conl1Lled1Il Imu M0n1 1 tllIl <1 IhIs Irommrclloll, Warronltcs; 1IIIh⊦r 0Kp1cs5 0I Inm1Iint mado Iiv Iho h1rwlQeturnrs an Items s⊴k1 by PTG m1y npply, rrG riny nuaIsl C11mOL'1Il' IIl in⊕kl⊕ oIvlIIW n11Jns1 ⊹ucl, n1011uIno1urtra. Il ,,r1wJutud by Cuotomo.. All CaInIu for U)lItrnMl r11amItu,mIs$ and coreo n1IJsl ⊍, mari' occom11J11Iod by the ⊹pplication Involpa w11Ih 30 cloys or purcl,ns⊕, VENUE. Il b n0Rod Il>et IhIs ofosi11or11 is entennrI iI,w T· Il,a SITIO III TEXAS and ⊵ govemed by ITo laws of lIre Stéto d Texas.

| DESCRIPTION | TOTALS | |
|-------------|--------|---|
| LABOR AMOUNT | $ | 72 1 (II) |
| PARTS AMOUNT | $ | BtHUJ;, |
| GAS, OIL, LUBI' | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| MISC, CHARGES | $ | 0.00 |
| TOTAL CHARGES | $ | 8149.92 |
| LESS INSUFIANCE | $ | b84. 15 |
| SAI.ES TAX | ⊕ | 70. 7Q |
| PLEASE PAY THIS AMOUNT | $ | 7636.47 |

X _-c-ⴰus_t_01n-er-S"*\gn_a_t_u_r_e.

**CUSTOMER COPY.**

REMIT ALL PAYMENTS TO:
PREMIER TRUCK GROUP
P.0. Gox1 P0777 Dallas TX 75261-0977

Customer #: 303087

Unit#:

Invoice No: 11 236955

*INVOICE*

DUPLICATE 1

Page 1 of 1

 

AU PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, NJ 08016

Home: 609-963-9140  Bus:        Cell:

Email: truportlogistics@gmail.com Iwork

PTG OF ODESSA
PO BOX 7379
ODESSA TX 79760

SERVICE ADVISOR: 7219 Brandon Ball

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 19 | FREIGHTLINER M2106 | 1FVACWD20KHKG7010 | | 308212 / 308212 | 2742 |

| DEL. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 23JUL 18 | | 18:00 28JUN23 | | 220.00 | CASH | 28JUN23 |

| R.O. OR NED | READY | OPTIONS: ENG :936913S0000786 TRN:6311614486 |
|---|---|---|
| 12:04 28JUN23 | 12: 16 28JUN23 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A GIVE CUSTOMER CREDIT BACK FOR SOME OVERCHARGES ON RO 11235784

    00 GENERAL

        522 ISP                                                                                           (N/C)

    00 CREDIT BACK CUSTOMER $1200.00 FOR SOME
        OVERCHARGES ON 11235784

        522 CSR                                                    -1200.00  -1200.00

308211 GIVE CUSTOMER $1200.00 CREDIT BACK FOR SOME OVERCHARGES ON
RO 11235784

        **************************************************

IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS: Premier Truck Group (PTG), hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. PTG neither assumes nor authorizes any other person to assume for it any liability in connection with the item(s) sold or work performed relating to this transaction. N no event shall PTG be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied made by the manufacturers on items sold by PTG may apply. PTG may assist Customer in making claims against such manufacturers, if requested by Customer. All Claims for returned merchandise and cores must be made accompanied by the application invoice within 30 days of purchase. VENUE: It is agreed that this agreement is entered in the State of TEXAS and is governed by the laws of the State of Texas.

X_____

    Customer Signature

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | $ -1200.00 |
| PARTS AMOUNT | $ 0.00 |
| GAS, OIL, LUBE | $ 0.00 |
| SUBLET AMOUNT | $ 0.00 |
| MISC. CHARGES | $ 0.00 |
| TOTAL CHARGES | $ -1200.00 |
| LESS INSURANCE | $ 0.00 |
| SALES TAX | $ 0.00 |
| PLEASE PAY THIS AMOUNT | $ -1200.00 |

REMIT ALL PAYMENTS TO:
PREMIER TRUCK GROUP
P.O. Box 840027 / Dallas, TX 75284-0827

**CUSTOMER COPY**

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 3  81GC - IMAGING



(Billing Address)
**DOGGETT FREIGHTLINER OF SOUTH TEXAS,LLC**
P.O. BOX 670688
HOUSTON, TX 77267
(210)-666-6665

(Physical Address)
**DOGGETT FREIGHTLINER OF SOUTH TEXAS, LLC**
8700 IH IO EAST
CONVERSE, TX 78109
210-666-6665

| Date | Invoice |
|------|---------|
| 3/8/2023 | **X101949526:01** |

*Bill-To*                Cus/d# CASH
**TRUPORT LOGISTICS LLC**

BUDA, TX 78610

Ship-To                Cusld# CASH
**TRUPORT LOGISTICS LLC-PREMIER TRUCK**

1100 S. Grandview Ave.
ODESSA, TX 79761
**Phone#/**

08-Mar-2023   4:02 pm
Jeld:  11710276

| !Purchase Order# | Ship Via | Date Shipped | Reference | Terms | Unit ID# | Salesperson | Writer |
|---|---|---|---|---|---|---|---|
| BR7652 | WILL CALL | 2/28/2023 | | CASH | | | ADRIAN NINO |

| $hi | B/O | Item | DescriQtion | Bin1 | Bin2 | Unit Price | Extended |
|---|---|---|---|---|---|---|---|
| 6 | 0 | 101 F/DDE EA9360702687 | INJ/BOLT KIT | 2011A | 2011A | 699.35 | 4,196.10 |
| 6 | 0 | 101F/DDE EA9360702687-CORE | INJ/BOLT KIT | CORE | CORE | 323.75 | 1,942.50 |
| 1 | 0 | | FREIGHT CHARGES | | | 160.00 | 160.00 |

DJGUETT DFST • S;,
e7uo IH 10 E
OwNdRSE, TX 7&10

Ol oa 2un                16 17 42
MQ  zo xou ii ">'&i5    HO 2932436

CREGTCARD
AME, s..LE

Caid;             xxrn1.uMilJ06
r9 :                        1S
eJkh :                    4?7
HBOtK:                   10
AWuial Codt       H6693
Entry MEthud      Mawl
Mode                   Inlle
Ar: um.                 IHZ

$Alt AMOUNT       S£318.23

| | |
|---|---|
| Subtotal | 6,298.60 |
| Taxes | 519.63 |
| **Total:** | **6,818.23** |

rs of Warranties made by the manufacturer. The LC, hereby expressly disclaims all piled warranty of merchantability or -ffLINER OF SOUTH TEXAS, LLC neither 0r it any liability In connection with ◆be paid for upon receipt of -um Policy ts. Minimum 15% restocking charge. s must be accompanied by this Tanties will be reimbursed 90 days

____    Cores' Received: __ Y __ N

Please Remit Payment to:
DOGGETT FREIGHTLINER OF SOUTH TEXAS, LLC
**P.O.** Box 670688
Houston, TX 77267



MERCHANT Coff



Dogg
OBA: SelecTrucks of San Antonio
8700 I I{ 10 East Bldg.#1
Converse, TX 78109



Doggett Freightliner of South Texas, LLC.
12002 FM 1472
Laredo, TX 78045

Page 1 of 1



Fwd: 2019 Freightliner M2

TPL <truportlogistics@gmail.com>
Mon 10/2/2023 11:12 PM
To:Miguel Gomez <mgomez@themosterlawfirm.com>

📎 1 attachments (8 KB)
image001.png;

You don't often get email from truportlogistics@gmail.com. Learn why this is important

BELOW IS THE MAIN EMAIL CHAIN WE DISCUSSED MOST OF THE ISSUES WITH THIS VEHICLE BACK AND FORTH FROM THE BEGINNING OF THE VEHICLE GETTING TO THEIR SHOP TO THE END WHEN THE ENGINE WAS DEEMED DAMAGED

Best Regards,

photo | Operations Team
Truport Logistics LLC
Office: (888) 878-7678
Direct: (609) 963-9140
https://www.truportlogistics.com

---------- Forwarded message ----------
From: Ivy,Brittan <Bivy@premiertruck.com>
Date: Thu, Aug 10, 2023 at 9:48 AM
Subject: RE: 2019 Freightliner M2
To: TPL <truportlogistics@gmail.com>
Cc: 783Service <783service@premiertruck.com>

Good morning,

We did everything that Detroit was recommending. We did not find any failures with the lower end when oil pan was removed.

We will need to collect the remaining balance on the old ticket. The balance due is $6,436.47. How would you like to pay?

Thank you.

*Brittan Ivy*

Service Foreman

Premier Truck Group

432-363-3365 (Direct)

432-803-3002 (Mobile)

432-580-0425 (Fax)

Bivy@premiertruck.com

From: TPL <truportlogistics@gmail.com>
Sent: Tuesday, August 8, 2023 3:33 PM
To: Ivy,Brittan <Bivy@premiertruck.com>
Subject: Re: 2019 Freightliner M2

---

**This message came from outside your organization.**                                    Report Suspicious

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook

I went through the emails and invoices, and they explain alot of things, but its not extremely detailed. Can you advise how the rods and mains were inspected and how did it look when they were removed?

None of this info is in the invoice or emails

Best Regards,

OPERATIONS TEAM
Truport Logistics LLC
Office: (833) 878-7678
Direct: (609) 963-9140
www.truportlogistics.com

On Tue, Aug 8, 2023, 4:06 PM Ivy,Brittan <Bivy@premiertruck.com> wrote:

Good evening,

Please let us know how you would like to proceed. We followed all published Detroit troubleshooting while working on this vehicle with the help of Detroit themselves and engineers. The invoice you received shows everything that we did. We have also explained everything through email and what we did to this vehicle

Thank you.

*Brittan Ivy*

Service Foreman

Premier Truck Group

432-363-3365 (Direct)

432-803-3002 (Mobile)

432-580-0425 (Fax)

Bivy@premiertruck.com

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Tuesday, August 8, 2023 1:17 PM
**To:** Ivy,Brittan <Bivy@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

---

**This message came from outside your organization.**                          | Report Suspicious |

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

I'm not sure how I want to proceed. I can not afford this type of repair, especially after everything else that took place with this vehicle. I need some time.

How did this happen? When you guys removed the rods and bearings, you did not see any issues after removing the bearings and examining everything? Did everything look fine when the bearings were inspected? Were they inspected thoroughly?

Best Regards,

Hector Navarro
Truport Logistics LLC
Office: (833) 878-7678
Direct: (609) 963-9140
www.truportlogistics.com

On Tue, Aug 8, 2023, 1:35 PM Ivy,Brittan <Bivy@premiertruck.com> wrote:

Good evening,

I tired calling but had no answer. I am reaching out to see if a decision has been made on the vehicle.

Thank you

*Brittan Ivy*

Service Foreman

Premier Truck Group

432-363-3365 (Direct)

432-803-3002 (Mobile)

432-580-0425 (Fax)

Bivy@premiertruck.com

**From:** Lee,Chuck <clee@premiertruck.com>
**Sent:** Tuesday, July 11, 2023 10:20 AM
**To:** 'TPL' <truportlogistics@gmail.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** RE: 2019 Freightliner M2

Hello,

Attached above is an estimate and parts card to replace the engine due to a rod going through the block of the old engine on the test drive. Labor has been discounted by 25%  off of the door rate and parts have discounted parts pricing as well. Please review all and let us know how you want to proceed. Thank you,

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**From:** Lee,Chuck <clee@premiertruck.com>
**Sent:** Tuesday, July 11, 2023 7:12 AM
**To:** TPL <truportlogistics@gmail.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** RE: 2019 Freightliner M2

Good Morning,

The guy with the body shop, after he came over the first day, has not come back as he told me that he would. We did take the truck on a test drive yesterday as you asked us to do. The truck broke down on the test driver on the test drive. We had a wrecker go pick the truck up and bring it back to the shop. The engine has failed and it slung a rod through the block on the test drive. The truck is going to need a new engine. We are waiting on our parts department to get us a parts estimate together so we can submit you an estimate for an engine replacement. Thank you.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**From:** TPL <truportlogistics2@gmail.com>
**Sent:** Monday, July 10, 2023 11:33 PM
**To:** Lee,Chuck <clee@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

---

This message came from outside your organization.

[Report Suspicious]

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Hello,

Any update on the graffiti removal and test drive?

Best Regards,

Operations Team

Truport Logistics LLC

Office: (888) 878-7678
Direct: (609) 963-9140
https://www.truportlogistics.com

On Fri, Jul 7, 2023 at 10:01 AM Lee,Chuck <clee@premiertruck.com> wrote:

The body shop guy did come over yesterday to look at the graffiti on your truck. He told me that he will need to come back today with some thinner to see if he can remove it that way or if it will have to be repainted. I will update you more once he comes back today and tells me which way this would have to be removed.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Thursday, July 6, 2023 9:09 AM
**To:** Lee,Chuck <clee@premiertruck.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

This message came from outside your organization.

Report Suspicious

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Good Morning,

Ok thanks for the update, please keep me posted.

Best Regards,

Operations Team
Truport Logistics LLC
Tel: (833) 878-7678
https://www.truportlogistics.com

On Thu, Jul 6, 2023, 8:12 AM Lee,Chuck <clee@premiertruck.com> wrote:

We have not test driven the truck yet because the body shop was supposed to come by yesterday to look at the graffiti to get an estimate and we didn't want to be away with the truck if he showed up while we were out driving it. They did not show up yesterday so I will reach out to him this morning to remind him we need him to swing by.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Wednesday, July 5, 2023 9:57 PM
**To:** Lee,Chuck <clee@premiertruck.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

This message came from outside your organization.

Report Suspicious

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Hello,

Any update on the test drive and the graffiti removal?

Best Regards,

Operations Team

**Truport Logistics LLC**

Office: (888) 878-7678
Direct: (609) 963-9140
https://www.truportlogistics.com

On Fri, Jun 30, 2023 at 4:38 PM TPL <truportlogistics@gmail.com> wrote:

Sounds good, thanks for the update

Best Regards,

Operations Team
Truport Logistics LLC
Tel: (833) 878-7678
https://www.truportlogistics.com

On Fri, Jun 30, 2023, 4:26 PM Lee,Chuck <clee@premiertruck.com> wrote:

Thank you Hector. I will reach out to the body shop to see when he can swing by to look at the graffiti so he can get an estimate together.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Friday, June 30, 2023 2:47 PM
**To:** Lee,Chuck <clee@premiertruck.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

---

**This message came from outside your organization.**

| Report Suspicious |

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Good afternoon,

Thank you for the update on all matters. Yes, please have your local body shop technician give an estimate to remove all graffiti from the exterior of the truck. Thank you for proceeding with the extended road test to ensure everything is working as it should.

Best Regards,

| Error! Filename not | **Hector Navarro** |
| | **Truport Logistics LLC** |



Office: (888) 878-7678
Direct: (609) 963-9140
https://www.truportlogistics.com

On Fri, Jun 30, 2023 at 2:26 PM Lee,Chuck <clee@premiertruck.com> wrote:

Good afternoon Hector,

After speaking with the Foreman the oil and filters were changed by us during our repairs. We did not see any coolant codes and have been unable to duplicate them. This should not be related to the problem we fixed. I don't think your issues with the ELD are part of the problem with the repairs we made. With the messaging coming from your ELD would be hard to guess. Maybe the HC doser is getting weak but has not yet failed or it could maybe have an intermittent short in a harness. For the graffiti, we do not have a body shop at our facility so we would be unable to remove that for you. We do business with a local body shop here that does good work and I could have him come over to look and see what he would charge you to remove this if you want me to. We have road tested this already but we will take it on another long road test per your request. Thank you.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

**From:** Lee,Chuck <clee@premiertruck.com>
**Sent:** Friday, June 30, 2023 6:59 AM
**To:** TPL <truportlogistics@gmail.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** RE: 2019 Freightliner M2

Good Morning Hector,

I have read your email and myself and the Forman will discuss this this morning and I will reply back to your questions after we visit. Thank you.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Thursday, June 29, 2023 6:57 PM
**To:** Lee,Chuck <clee@premiertruck.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

This message came from outside your organization.    Report Suspicious

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook

Hello,

New invoice received. Now that this job has been completed, I did want to share some other concerns while it's still in your shop, that way we can address everything in one place, and once we pick the truck up, there are no other issues going on with the truck which will delay our operations and be a major inconvenience should problems arise and we have to bring this unit to another shop. **Concerns Below:**

- The last time this vehicle had a full PM service/Oil Change this took place on Jan. 11, 2023, this unit's mileage at the time of service was 297,867. Would it be recommended to get another PM service/Oil Change at this time?

- Before we brought the truck into your location, we kept getting a message on the dash stating "coolant level low". This happened many times during a period of about 30 - 60 days. But every time we checked the coolant, it was filled to its proper level. Is this still an issue your shop sees on the dash or while being test driven? Can this issue be a part of the problem that was fixed by your location?

- Before bringing this truck to your shop, we kept getting codes from my eld device that's connected to the diagnostic port of the unit about the " Aftertreatment 1 Hydrocarbon dosing system". Do you know what this issue can be? Can this issue be a part of the problem that was fixed by your location?

- Our truck was graffitied while being parked overnight by a delivery location. Is your shop able to remove the graffiti on this truck? It's such an eye sore and extremely unprofessional, I'm hoping we can get this off before picking it up.

- I would like to request a long distance test drive of this truck to make sure no issues come up and to ensure everything is working as it should. For the amount of time and expense this truck has been down for, I would really like a long distance test drive to ensure no other issues arise.

**Best Regards,**



| | |
|---|---|
| Error! Filename not specified. | **Hector Navarro** |
| | **Truport Logistics LLC** |
| | **Office:** (888) 878-7678 |
| | **Direct:** (609) 963-9140 |
| | **https://www.truportlogistics.com** |

On Wed, Jun 28, 2023 at 1:55 PM Lee,Chuck <clee@premiertruck.com> wrote:

Good Afternoon Hector,

I did talk to my higher-ups and I got the OK to discount you back $1,200.00 more dollars. I reviewed the communication between Brittan and I know he was on top of keeping you informed and explaining as we went along and getting the approvals from you. This was a very difficult one to figure out and none of us have seen one this tough before. We utilized the Detroit engineer's and dealer trainers' expertise as we went along due to the difficulties we were having. We sent the engineers multiple log files for them to data mine and we then followed their recommendations as they are the manufacturers experts. I attached a copy of the invoice above showing less the $1,200.00 the balance owed is $6,436.47. I also attached a copy of the invoice showing the credit. Thank you.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

From: TPL <truportlogistics@gmail.com>

**Sent:** Tuesday, June 27, 2023 6:34 PM
**To:** Lee,Chuck <clee@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

---

<table>
<tr><td>This message came from outside your organization.</td><td>Report Suspicious</td></tr>
</table>

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook

Hi Chuck,

I highly appreciate this. Thank you.

Best Regards,

> Error! Filename not specified.

**Hector Navarro**

**Truport Logistics LLC**

**Office: (888) 878-7678**
**Direct: (609) 963-9140**
https://www.truportlogistics.com

On Tue, Jun 27, 2023 at 2:11 PM Lee,Chuck <clee@premiertruck.com> wrote:

Good Afternoon Hector,

Thank you for reaching out to me. Let me revisit the repairs, talk to all that were involved and visit with my higher-ups to see what can be done. I will get back to you after doing all of this.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Tuesday, June 27, 2023 11:08 AM
**To:** Lee,Chuck <clee@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

This message came from outside your organization.

Report Suspicious

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Good Morning Chuck,

Thanks for looking over the invoice and making some adjustments. I did want to express my concerns in regards to this entire situation, and although you guys did discount some of the work, I am really hoping for a much deeper discount due to the following reasons:

- Besides the amount owed to you guys on this invoice, I was also told that we needed to replace the fuel injectors during this entire diagnostic process. I had to order 6 new injectors from another dealership since your location was out of stock at the time. So besides this invoice I also had to pay $6,818.23 for new injectors. After the new injectors were installed, the truck still was not working properly and experiencing the same exact problems, and the symptoms of the issue were still present. Changing the injectors did nothing, and this was a major cost I could've fully avoided

- During the diagnostics phase I was told that metal was found in the oil, which led to other diagnostics needing to be performed and more added hours. Then later on I was told that no metal was found in the oil. So if no metal was found in the oil, why did all those extra hours of diagnostic time need to take place, and why was I told there was metal in the oil in the first place, but later it was confirmed there was no metal in the oil? Because of this metal finding claim in the oil, your shop had to remove the oil pan and inspect rods and mains, and also to remove the oil pan your shop had to remove u-bolts on steer axle for this engine. Due to this, so many unnecessary extra steps, hours, and labor took place which significantly increased our invoice

- I feel if this vehicle was diagnosed differently from the beginning, this issue could have been figured out much earlier, saving significant time and money. The issue that caused the vehicle to not start properly, if found sooner, could cost me a total of $1,500 or less to get this vehicle back on the road. It is extremely devastating financially that the issue it turned out to be, which is not a very expensive repair, is costing me nearly $15k because the issue was not found sooner.

- It was recommended to me by your shop to go against the next steps Detroit recommended when your shop stated there was metal found in the oil. Your shop stated instead of following what detroit recommended which was to remove the oil pan and inspect rods and mains, they rather have gone with the steps of removing the transmission and finding a way to bolt a flywheel up and try to start the engine. And if the engine runs with no problems and torque load, Then they would recommend replacing the transmission. I never gave your shop authorization to proceed with these steps, because I felt this was not the issue at all. I know your shop went and proceeded with these steps regarding the transmission for their own curiosity and to attempt to figure out the problem, although I never consented to these diagnostics. It seems some of the total hours that your shop absorbed were from this transmission work. I feel since I never consented to proceed with these steps, these steps should be excluded from any of the hours being absorbed by the shop, and in return add the hours absorbed into other labor performed where I gave authorization.

- This vehicle has been in your shop since 2/13/23. This vehicle has been in your shop for 18 weeks total till date, and it is now just getting fixed for something that was simple and could have been fixed much sooner had the issue been found earlier. We generate a gross income of between 5k - 8k weekly with this truck. This truck being down for 18 weeks, we have lost a significant amount of revenue due to the truck being down for such a long time frame. This truck being down for so long has also negatively affected our commitment to certain clients, and we are still paying a monthly note on this truck even while it was not generating us any revenue for all those months.

Overall, what I experienced these last 18 weeks has been a major hit to my operations and my finances. I do appreciate you guys assisting to help me out financially, but due to everything I underwent and the way everything turned out, and the amount of time spent during this whole process, I am asking to please give me a much deeper discount. This vehicle was misdiagnosed which is not my fault, and due to that I am in the hole financially because of this situation. This invoice is way too high for me to pay at this time, and I really do need this truck back on the road as soon as possible so we can start generating revenue from it again. I really appreciate it if you can help me out further, it would be extremely helpful and needed on my end.

Best Regards,



Hector Navarro

Truport Logistics LLC

Office: (888) 878-7678
Direct: (609) 963-9140
https://www.truportlogistics.com

On Mon, Jun 19, 2023 at 6:09 PM Lee,Chuck <clce@premiertruck.com> wrote:

Good Afternoon,

I reviewed the invoice sent to you previously to inform myself and get some answers to your questions. There were some discounting errors on the copy previously sent to you and I have corrected them and attached the corrected copy above which is $1,300.00 lower than the one originally sent to you. There was a total of 60 hours on this one. You were billed for

39 at a 15% discount off of our door rate. The remaining hours were absorbed by my shop and not charged to you. Thank you.

Chuck Lee

Service Manager

Premier Truck Group Odessa

432-331-4434 Cell

432-363-3380 Office

432-580-8400 Main

clee@premiertruck.com

**Error! Filename not specified.**

**From:** TPL <truportlogistics@gmail.com>
**Sent:** Monday, June 19, 2023 4:24 PM
**To:** Ivy.Brittan <Bivy@premiertruck.com>
**Cc:** 783Service <783service@premiertruck.com>
**Subject:** Re: 2019 Freightliner M2

| | |
|---|---|
| This message came from outside your organization. | Report Suspicious |

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Is this the correct invoice with all the discounts? It still came out to that amount of $8,908.62 after all discounts? So this invoice includes 15% off all labor hourly rate, and total labor time discounted at 50%? What were the total hours for this invoice?

**Best Regards,**

Error! Filename not specified.

**Hector Navarro**

**Truport Logistics LLC**

**Office:** (888) 878-7678
**Direct:** (609) 963-9140
https://www.truportlogistics.com

On Thu, Jun 15, 2023 at 5:23 PM Ivy.Brittan <Bivy@premiertruck.com> wrote:

My apologies, this is the corrected invoice

Thank you

*Brittan Ivy*

Service Foreman

Premier Truck Group

432-363-3365 (Direct)

432-803-3002 (Mobile)

432-580-0425 (Fax)

Bivy@premiertruck.com

**Error! Filename not specified.**

From: Ivy,Brittan <Bivy@premiertruck.com>
Sent: Thursday, June 15, 2023 4:19 PM
To: TPL <truportlogistics@gmail.com>
Cc: 783Service <783service@premiertruck.com>
Subject: RE: 2019 Freightliner M2

Good evening,

This vehicle is now completed and ready to be back on the road. I have attached the Invoice for payment. We have discounted our labor rate 15% and charged you for half the time we have in it to help you out as we know it is frustrating to have a vehicle of this nature to be broken down for an extended amount of time. We do apologize for how long it took to figure out this issue. This was quite the learning process for our team and Detroit engineers. Please let us know how you would like to pay this invoice.

On behalf of PTG of Odessa, we appreciate your patience

Thank you

*Brittan Ivy*

Service Foreman

Premier Truck Group

432-363-3365 (Direct)

432-803-3002 (Mobile)

432-580-0425 (Fax)

Bivy@premiertruck.com

**Error! Filename not specified.**

From: TPL <truportlogistics@gmail.com>
Sent: Thursday, June 8, 2023 7:00 PM
To: Ivy,Brittan <Bivy@premiertruck.com>
Cc: 783Service <783service@premiertruck.com>
Subject: Re: 2019 Freightliner M2

| This message came from outside your organization. | Report Suspicious |
| --- | --- |

Please exercise caution opening attachments or clicking links and report emails with the "Report Suspicious" button in this banner or PhishAlarm button in Outlook.

Is there any update on this?

Best Regards,

Operations Team
Truport Logistics LLC
Tel: (833) 878-7678
https://www.truportlogistics.com

On Mon, Jun 5, 2023, 1:03 PM TPL <truportlogistics@gmail.com> wrote:

Please do, we need this truck back up and running extremely urgently. This truck being down has hurt us so much financially. But thanks for the update.

Best Regards,

Error! Filename not specified

Operations Team
Truport Logistics LLC

**Office:** (888) 878-7678
**Direct:** (609) 963-9140
https://www.truportlogistics.com

On Mon, Jun 5, 2023 at 10:36 AM Ivy,Brittan <Bivy@premiertruck.com> wrote:

Good morning,

We do have all the tooling now for the engine brake testing. We will try and get this worked in this week. I am hoping tomorrow we can start on this. We will advise on what we find.

Thank you.

*Brittan Ivy*

Premier Truck Group and its subsidiaries will never sell or rent your email address in violation of applicable law.

This email and any files transmitted with it are confidential and intended solely for use of the individual or entity to whom they are addressed. Please delete all copies if you are not the intended recipient.















# PREMIER TRUCK GROUP



PLAINTIFF'S
EXHIBIT

**D**

_____

**1100 5 Grandview Ave**

**Odessa, TX 79761**

**(432) 580-8400**

**FAX#**

*July 11, 2023*                                                                 *ESTIMATE*

### Tru Port Logistics  vin# KHKG7010 RO
### 11237030

| LABOR | HOURS | AMOUNT |
|-------|-------|--------|
| replace engine | 35.00 | $5,775.00 |

TOW BILL _____

|  |  | TOTAL LABOR | $5,775.00 |
|--|--|-------------|-----------|

| PARTS | QUANTITY | EACH | |
|-------|----------|------|--|
| SEE PARTS ESTIMATE | | | $26,783.70 |
| | | TOTAL PARTS | $26,783.70 |

SERVICE CHARGES
HAZARDOUS WASTE FEES                          TOTAL FEES

| | |
|--|--|
| *replace engine 25% discount on labor, parts also discounted to help with repair* | |

| | |
|--|--|
| SUBTOTAL | $32,558.70 |
| TAX | $2,209.66 |
| TOTAL | $34,768.36 |

AN EXPRESS MECHANICS LIEN IS ACKNOWLEDGED ON THE ABOVE VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO, UNTIL SUCH TIME AS CASH PAYMENT HAS BEEN MADE IN FULL. IT IS UNDERSTOOD THAT YOU WILL NOT BE HELD RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT, OR ANY OTHER CAUSE BEYOND OUR CONTROL. UPON SIGNING THIS REPAIR ORDER IT IS ACCEPTED AS A COMPLETE AND COMPREHENSIVE DESCRIPTION OF THE REPAIR WORK DONE ON THIS VEHICLE.

DATE_____        _        SIGNED_____        _

# PREMIER TRUCK GROUP

## PARTS



REMIT ALL PAYMENTS TO:
P.O. Box 840827
Dallas. TX 75284-0827

PREMIER TRUCK GROUP OF ODESSA
BOX 7379 1100 S GRANDVIEW
ODESSA TX 79760
432-580-8400    FAX 432-580-0245

ALL CLAIMS AND RETURNED GOODS OR CORES MUST BE ACCOMPANIED BY THIS
INVOICE. NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS. NO RETURNS
AFTER 30 DAYS. A RESTOCKING FEE WILL BE ASSESSED ON ALL RETURNED PARTS.

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| DATE ENTERED | YOUR 9RD❖R NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 11 JUL 23 | | 11 JUL 23 | | QR1133269 | 09:19 |

**RO QUOTE**

ACCOUNT NO. 303087          PAGE 1 OF 2     QR1133269

*I. ENGINE IN DALLAS*

SOLD TO
TRU·PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, NJ 08016

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 53187 | | | ODESSA TX |

| QTY | | | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | RO Quote for Service Repair Order: 11237030 | | | | |
| | | | Service Advisor: 7219   Vehicle: KHKG70l0 | | | | |
| | | | Part(s) quoted on Line A    UNIT BROKE DOWN ON ROAD TEST | | | | |
| 1 | 1 | Q | D DE/23565139 | LB+ DDS W | 5575.02 | 989.9'.64 | 19,899.64 |
| | | | CORE RETURN' DUE BY | | | 7980.00 | 7,980.00 |
| -1 | -1 | ( | DDE-/R2 35 6513 9 | CORE RETUR | 5575.02 | 7980.00 | -7,980.00 |
| 1 | 1 | 0 | CORE | CHARGE/CRE | 2500.00 | 2500.00 | 2,500.00 |
| | | | DDE./EA936130:1.215 | AIR COMPRS | 2066.50 | 140'0.67 | 1,400.67 |
| | | | CORE RETURN DUE BY | | | 399.00 | 399.00 |
| 1 | 1 | 0 | DDE/EA93609013861tJRffe:i | EXCHANGE T | 2834.23 | 1921.03 | 1,921.03 |
| | | | CORE RETURN DUE BY | | | 665.00 | 665.00 |
| 1 | 1 | 0 | DE/A9360981780 | GASKET | 325.89 | 22·0. 89 | 2·20. 89 |
| 3 | 3 | 0 | D DE/A89\1420080 | GASXET | 13.75 | 13.72 | 41.16 |
| 1 | 1 | 0 | DDE/A0279979045 | O-RING | 14.52 | 14.49 | 14.49 |
| 1 | 1 | 0 | DDE/A4701870480 | GASKET - T | 2.38 | 2.37 | 2.37 |
| 2 | 2 | 0 | DDE/N000000001069 | SEALING RI | 0.69 | 0.68 | 1.36 |
| 4 | 4 | 0' | DDE/A-00.09902850 | NUT | 0.44 | 0.44 | 1. 76 |
| 1 | 1 | 0 | DDE/A0159974348 | O RING | 4.11 | 4.11 | 4.11 |
| 1 | 1 | 0' | 4.9882.85 | GASKET,HYD | 5.26 | 4.78 | 4.78 |
| 1 | 1 | 0 | DDE/A,9361421,780 | GASKET | 31.57 | :31.50 | 31.S.0 |
| 4 | 4 | 0 | DE/A0019904605 | SCREW. EXH | 3.34 | 3.34 | 13.36 |

| | | | PARTS | | |
|---|---|---|---|---|---|
| | | | SALES TAX | | |
| CUSTOMER'S SIGNATURE X | | | TOTAL | | |

**IMPORTANT INFORMATION ABOUT WARRANTIES and RETURNS:**

Premier Truck Group IPTGI, hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. PTG neither assumes nor authorizes any other person to assume for it any liability in connection with this transaction. N no event shall PTG be liable for any incidental or consequential damages or any commercial loss arising out of this transaction. Warranties, either express or implied made by the manufacturers on items sold by PTG may apply. PTG may assist Customer in making claims against such manufacturers. All Claims for returned merchandise and cores must be made accompanied by the application invoice within 30 days of purchase. VENUE: It is agreed that this agreement is entered into in the State of TEXAS and ... ws

www.premiertruck.com

CUSTOMER COPY

# PREMIER
## TRUCK GROUP



**PARTS**

REMIT ALL PAYMENTS TO:
P.O. Box 840827
Dalla◆. 'TX 75284-0827

PREMIER TRUCK GROUP OF ODESSA
BOX 73.79 1100 S GRANDVIEW
ODESSA TX 79760
432-580-8400    FAX 432-580-0245

ALL CLAIMS AND RETURNED GOODS OR CORES MUST BE ACCOMPANIED BY THIS
INVOICE, NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS. NO RETURNS
AFfiR 30 DAYS, A RESTOCKING FEE WILL BE ASSESSED ON ALL RETURNED PARTS.

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER | |
|---|---|---|---|---|---|
| 1 JUL 23 | | 11 JUL 23 | | QR1133269 | 09:19 |

**RO QUOTE**

ACCOUNT NO. 303087                               PAGE 2 OF 2    QR1133269

SOLD TO:
TRU PORT LOGISTICS
24 KNIGHTWOOD RD
BURLINGTON, 'NJ 08016

| SHIP VIA | SLSM NO. | TERMS | F.O.B. POINT |
|---|---|---|---|
| | 53187 | | ODESSA TX |

| PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|
| iDDE/'A9'.36142088·0 | SE-AL | 19.62 | 1.9.57 | 19.57 |
| CGO/700 | CITGO 10W3 | 29.46 | 23.21 | 278.52 |
| iODE/A9369971945 | INJ SEAL | 16.10 | 29 | 91.74 |
| OWI/AMAB53 | ALLIANCE C | 13 .46 | 9.58 | 114 .96 |
| DDE/EA9361301215 | CORE RETUR | 2066.50 | 3:99.00 | -39-9.00 |
| iDDE/EA.9360901386 | CORE RETITR | 2834.23 | 665.00 | -665.00 |
| 23-12594-040 | SCREW-CAP. | 2.24 | 2.24 | 26.88 |
| :3-0·9'J.4)-002 | WASHER-FL.A | 0.51 | 0.51 | 6 .1-2 |
| FG/AF26154 | FILTER | 119.93 | 106.19 | 106.19 |
| IDN/P607955 | REPLACING | PART-N | FOR MOVE PART- | |
| FG/AF;27947 | FILTEB. - A | 93.29 | 82.60 | 82.60 |
| IDN/P547520 | REPLACING | PART-N | FOR MOVE PART- | |

Parts quoted on RO# 11237030
**** R O  P A R T S  Q U O T E - DO N:::>TPAY l,l-***

IMPORTANT INFORMATION
ABOUT WARRANTIES and
RETURNS:
Premier Truck Group (PTG),
hereby expressly disclaims
al warranties, express or
implied, including any
implied warranty of
merchantability or fitness
for a particular purpose.
PTG neither assumes nor
authorizes any other person
to assume for it any liability
in connection with the
item (s) sold or work
performed relating to this
transaction. N no event
shall PTG be liable for any
incidental or consequential
damages or any commercial
loss arising out of this
transaction. Warranties,
either express or implied
made by the manufacturers
on items sold by PTG may
apply. PTG may assist
Customer in making claims
against such manufacturers,
if requested by Customer.
All Claims for returned
merchandise and cores
must be made accompanied
by the application invoice
within 30 days of purchase.
VENUE: ◆isag◆edthd
this agreement is entered
into in the State of TEXAS
and is governed by the laws
of the State of Texas.

**** BUSINESS HOURS ****
3:00 AM - 5:30 PM
MONDAY THRU FRIDAY

THANK YOU FOR.YOUR BUSINESS.

| ISC SUPPLIES | |
|---|---|
| PARTS | 26,783.70 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |

| CUSTOMER'S SIGNATURE | TOTAL | |
|---|---|---|

Copyright 2014 CDK GLOBAL, LLC  PARTS INVOICE 1UP - PUC1 - IMAGING

 

**Truport Logistics LLC**
926 HADDONFIELD ROAD
Cherry Hill, NJ 08002
Email: transport@truportlogistics.com
Phone: (609) 963-9140

## Total Revenue

**Dates range:** 09/01/22 02/28/23
**Truck:** 201903 TRUPORT M2 FREIGHTLINER
**Statuses:** New, TONU, Dispatched, En Route, Picked-up, Delivered, Closed
**Billing statuses:** Pending, Canceled, BOL received, Invoiced, Sent to factoring, Funded, Paid

| Pickup date | Completed date | Load # | Route | Rate amount |
|---|---|---|---|---|
| 09/26/22 | 09/27/22 | 194385 | Philadelphia, PA - Columbus, OH | $900.00 |
| 09/27/22 | 09/29/22 | 0863486 | Groveport, OH - San Antonio, TX | $2,400.00 |
| 09/29/22 | 10/03/22 | 0071581 | Laredo, TX - Greenwood, IN | $2,250.00 |
| 09/30/22 | 10/03/22 | 1637039 | Laredo, TX - Chicago, IL | $1,350.00 |
| 10/03/22 | 10/04/22 | 17781 | Blue Island, IL - Prescott, WI | $850.00 |
| 10/04/22 | 10/06/22 | 0067886 | Cannon Falls, MN - Lithia Springs, GA | $1,800.00 |
| 10/06/22 | 10/07/22 | 0460319 | Gastonia, NC - Louisville, KY | $900.00 |
| 10/07/22 | 10/10/22 | 5995489 | Vanceburg, KY - Buda, TX | $2,300.00 |
| 10/10/22 | 10/12/22 | 77581 | Houston, TX - Fayetteville, TN | $1,600.00 |
| 10/12/22 | 10/13/22 | 6008045 | Lebanon, TN - Arlington, TX | $1,350.00 |
| 10/13/22 | 10/14/22 | 190195 | Carrollton, TX - Fairburn, GA | $1,600.00 |
| 10/14/22 | 10/17/22 | 1867033 | Suwanee, GA - New York, NY | $1,450.00 |
| 10/18/22 | 10/19/22 | 11668806 | Sparrows Point, MD - La Vergne, TN | $1,100.00 |
| 10/19/22 | 10/21/22 | 0394903 | Nashville, TN - Lititz, PA - Nashville, TN | $2,500.00 |
| 10/21/22 | 10/24/22 | 8105245 | Nashville, TN - Dallas, TX | $1,350.00 |
| **Total:** | | | | **$85,047.26** |

| Pickup date | Completed date | Load # | Route | Rate amount |
|---|---|---|---|---|
| 10/24/22 | 10/26/22 | 60819 | Dallas, TX - Baltimore, MD | $2,300.00 |
| 10/27/22 | 10/28/22 | BOL #2019 | Lakewood, NJ - Indianapolis, IN | $1,300.00 |
| 10/28/22 | 10/31/22 | 58481 | Sidney, OH - Pampa, TX | $2,100.00 |
| 10/31/22 | 11/03/22 | #41030 | Mooreland, OK - Hamden, CT | $1,800.00 |
| 11/01/22 | 11/03/22 | 9659496 | Oklahoma City, OK - Tulsa, OK - Fairfield, OH | $1,200.00 |
| 11/02/22 | 11/03/22 | 0137625 | Hebron, KY - Alburtis, PA | $150.00 |
| 11/26/22 | 11/26/22 | 388400 | Jamaica, NY - North Charleston, SC | $350.00 |
| 11/28/22 | 11/29/22 | 2087 | Monroe Township, NJ - Nashville, TN | $1,600.00 |
| 11/30/22 | 11/30/22 | 112D4QWWF | Nashville, TN - Philpot, KY - Hawesville, KY | $1,500.00 |
| 12/01/22 | 12/01/22 | 7342 | Saint Peters, MO - Iowa City, IA | $700.00 |
| 12/03/22 | 12/03/22 | 1148ZPTY47 | Minneapolis, MN - Grand Rapids, MN - Cass Lake, MN - Walker, MN - Nevis, MN | $2,000.00 |
| 12/04/22 | 12/04/22 | 1126M54H3 | Woodbury, MN - Cannon Falls, MN - Saint Charles, MN - Rushford, MN - Caledonia, MN | $1,900.00 |
| 12/05/22 | 12/05/22 | 115YZ7DFL | Brooklyn Park, MN - Deerwood, MN - Mcgregor, MN - Saginaw, MN | $1,045.52 |
| 12/06/22 | 12/08/22 | 0531757 | Minneapolis, MN - Odenton, MD | $1,850.00 |
| 12/07/22 | 12/08/22 | 7708190 | Elk Grove Village, IL - Berea, OH | $800.00 |
| 12/07/22 | 12/08/22 | 6190498 | Huron, OH - Harrisburg, PA | $900.00 |
| 12/09/22 | 12/12/22 | 22894669 | Edgewood, MD - Dallas, TX | $2,300.00 |
| 12/12/22 | 12/12/22 | 60104166158 | Arlington, TX - San Antonio, TX | $750.00 |
| 12/13/22 | 12/15/22 | 191216 | San Marcos, TX - Roselle, IL | $2,000.00 |
| 12/15/22 | 12/19/22 | 0443104 | Greendale, WI - Covington, GA | $1,800.00 |
| 12/16/22 | 12/19/22 | 3385115 | Aurora, IL - Kimball, TN | $1,200.00 |
| 12/20/22 | 12/22/22 | 60104203479 | Atlanta, GA - Chambersburg, PA - York, PA - Lancaster, PA - Oxford, PA - Ephrata, PA - Kulpmont, PA | $1,800.00 |
| 12/27/22 | 12/28/22 | 26511 | Burlington, NJ - Augusta, GA | $1,300.00 |
| 12/28/22 | 12/29/22 | 11136271 | Savannah, GA - Tanner, AL | $1,100.00 |
| Total: | | | | $85,047.26 |

| Pickup date | Completed date | Load # | Route | Rate amount |
|---|---|---|---|---|
| 12/29/22 | 12/30/22 | 4123051 | Smyrna, TN - Findlay, OH | $1,000.00 |
| 01/02/23 | 01/03/23 | 430630 | Howell, MI - Kansas City, MO | $1,900.00 |
| 01/03/23 | 01/04/23 | 4417589 | Edgerton, KS - Farmer's Branch, TX | $1,000.00 |
| 01/04/23 | 01/05/23 | 1052843 | Coppell, TX - Kansas City, MO | $1,050.00 |
| 01/05/23 | 01/06/23 | 11814063 | Grandview, MO - Memphis, TN | $1,050.00 |
| 01/05/23 | 01/06/23 | 10763004TONU | Kansas City, MO - Mcdonough, GA | $150.00 |
| 01/06/23 | 01/08/23 | CV000960TONU | Memphis, TN - Somerset, NJ | $100.00 |
| 01/06/23 | 01/09/23 | 1212351 | Tupelo, MS - Windsor Locks, CT | $2,250.00 |
| 01/13/23 | 01/16/23 | 2186 | Monroe Township, NJ - Indianapolis, IN - Florissant, MO | $1,900.00 |
| 01/17/23 | 01/18/23 | 0119953 | Saint Charles, MO - Knightdale, NC | $1,300.00 |
| 01/18/23 | 01/19/23 | 6089119 | Lincoln, IL - Franklin, VA | $1,700.00 |
| 01/19/23 | 01/20/23 | 52503655 | South Hill, VA - Utica, NY | $1,100.00 |
| 01/23/23 | 01/25/23 | 1089789 | Gloversville, NY - Merritt Island, FL | $2,400.00 |
| 01/26/23 | 01/27/23 | 2305315-1 | Rockledge, FL - Simpsonville, SC | $800.00 |
| 01/28/23 | 01/30/23 | 441414 | Charlotte, NC - East Rutherford, NJ | $1,300.00 |
| 02/02/23 | 02/02/23 | 2237 | Lakewood, NJ - Columbus, OH - Whitehill, OH - Westerville, OH | $1,100.00 |
| 02/03/23 | 02/06/23 | 10121 | Delaware, OH - Upland, CA - Canoga Park, CA | $1,651.74 |
| 02/07/23 | 02/08/23 | KMB-K6RV | Cerritos, CA - Nogales, AZ | $1,200.00 |
| 02/09/23 | 02/11/23 | 20232890 | Davis Monthan AFB, AZ - Richmond, VA | $1,200.00 |
| 02/09/23 | 02/13/23 | 23454115 | Red Rock, AZ - Lexington, NC | $2,700.00 |
| 02/10/23 | 02/13/23 | 26337798 | Marana, AZ - Portsmouth, VA | $750.00 |
| Total: | | | | $85,047.26 |

# MOSTER LAW FIRM

SUITE 101
LUBBOCK, TEXAS 79414

CONTACT@THEMOSTERLAWFIRM.COM

PHONE: 806.778.6486
FAX: 866.302.7046

October 5, 2023

PLAINTIFF'S
EXHIBIT

**F**

VIA CERTIFIED MAIL – RRR
PREMIER TRUCK GROUP (PTG) OF ODESSA
4200-A PORT BLVD.,
DALLAS, TEXAS 75241

VIA CERTIFIED MAIL – RRR
PREMIER TRUCK GROUP (PTG) OF ODESSA
P.O. BOX 7379
ODESSA, TEXAS 79760

VIA CERTIFIED MAIL – RRR and Email jason.moore@premiertruck.com
JASON MOORE
TRUCK SALES MANAGER
PREMIER TRUCK GROUP (PTG) OF ODESSA
P.O. BOX 7379
ODESSA, TEXAS 79760

VIA CERTIFIED MAIL – RRR and Email clee@premiertruck.com
CHUCK LEE
SERVICE MANAGER
PREMIER TRUCK GROUP (PTG) OF ODESSA
P.O. BOX 7379
ODESSA, TEXAS 79760

VIA CERTIFIED MAIL – RRR and Email JPhillips@Premiertruck.com
JOSHUA PHILLIPS
FINANCIAL MANAGER
PREMIER TRUCK GROUP (PTG) OF ODESSA
P.O. BOX 7379
ODESSA, TEXAS 79760

VIA CERTIFIED MAIL – RRR and Email srodriguez@premiertruck.com
SANTANA RODRIGUEZ
CONTINUOUS IMPROVEMENT COORDINATOR
PREMIER TRUCK GROUP (PTG) OF ODESSA
P.O. BOX 7379
ODESSA, TEXAS 79760

VIA CERTIFIED MAIL – RRR and Email jscott@premiertruck.com
JASON SCOTT
CUSTOMER EXPERIENCE ADVOCATE

AUSTIN | DALLAS | HOUSTON | LUBBOCK | MIDLAND/ODESSA

RATED AV PREEMINENT

# MOSTER LAW FIRM

SUITE 101
LUBBOCK, TEXAS 79414

CONTACT@THEMOSTERLAWFIRM.COM

PHONE: 806.778.6486
FAX: 866.302.7046

PREMIER TRUCK GROUP (PTG) OF ODESSA
P.O. BOX 7379
ODESSA, TEXAS 79760

**Re:**          **2019 Freightliner M2 VIN: 1FVACWD20KHKG7010**

**Our Client:**          **Truport Logistics, LLC**

# <u>LEGAL NOTICE:</u>

# CEASE & DESIST

## <u>BE ADVISED:</u>

Our firm has been retained by Truport Logistics, LLC, ("Client") with regard the recent repair work conducted on their truck at your establishment. It is with considerable concern that we address the significant issues that have arisen as a result of the repairs performed at your shop at the Odessa location.

All parties are directed not to contact our Client regarding this matter, including via phone call, email, text message, and/or by fax. All communication with the Client henceforth shall be conducted by and through this law firm.

As you are aware, the truck in question, belonging to our client, experienced a breakdown in transit through Odessa, Texas. Subsequent to this breakdown, the truck was brought to your shop for repair. Unfortunately, the repair process has resulted in a series of complications, giving rise to significant damages and financial losses for my client.

I.    The initial diagnosis and repairs, as evidenced by the invoices attached as Exhibit "A" indicated the replacement of injectors and other parts and labor, totaling an excess of $15,000. Subsequent investigation revealed that these repairs were unnecessary, and a smaller part, the Jake Solenoid, priced at less than $1,000, was the actual requirement.

AUSTIN  |  DALLAS  |  HOUSTON  |  LUBBOCK  |  MIDLAND/ODESSA

SUITE 101
LUBBOCK, TEXAS 79414

CONTACT@THEMOSTERLAWFIRM.COM

PHONE: 806.778.6486
FAX: 866.302.7046

II.    Following the replacement of the Jake Solenoid, and deeming the vehicle "fully repaired" and "ready for pick up" the truck underwent one last test drive conducted by your shop. Unfortunately, during this test drive, **your shop claims #5 Rod went out the engine block,,** resulting in catastrophic engine failure. Your shop claims this was due to rod bolt failure *See* Exhibit "B".

III.   Please refer to Exhibit "C" for photographic evidence of the damages.

IV.    In the aftermath of the engine failure, your shop has presented my client with estimates totaling $34,768.36 for the cost of repairing the damages caused during the test drive. *See* Exhibit "D".

V.     The total revenue earned by the truck's performance for the previous 5 months period is included as Exhibit "E".

These excessive demands for payment are highly contested, given the misdiagnosis and the subsequent damages incurred while the vehicle was in your shop's care.

Based upon the foregoing, our client will assert legal claims against you for: (1) breach of contract; (2) negligent misrepresentation; (3) fraud; (4) violations of the Deceptive Trade Practices Act ("DTPA") including treble damages; (5) breach of the implied warranty of good and workmanlike services and (6) loss of use.

Be advised that should you seek to collect these invoices and enforce this "bogus" and "fraudulently induced" contract and/or impose a fraudulent lien, we are authorized to file suit under an array of serious claims for unlawful conduct including but not limited to breach of contract, fraud actions, DTPA (Deceptive Trade Practice Act) actions which allow us to pursue treble damages, mental anguish damages, and recovery of attorney's fees.

By this letter we are formally directing you to refrain from: (1) attempting to collect upon the invoices; and (2) contacting our Client.

Moreover, this letter serves as a demand for: (1) Reimbursement of all the payments made towards the unnecessary repairs conducted at your establishment; (2) Compensation for the damages caused during the test drive, including conducting all the repairs needed for the truck; (3) Compensation for the loss of revenue suffered by my client during the six months the truck has been out of commission (4) Payment of all attorney's fees incurred by our Client.

AUSTIN  |  DALLAS  |  HOUSTON  |  LUBBOCK  |  MIDLAND/ODESSA

**MOSTER**
L A W   F I R M

SUITE 101
LUBBOCK, TEXAS 79414

CONTACT@THEMOSTERLAWFIRM.COM

PHONE: 806.778.6486
FAX: 866.302.7046

The total amount owed by you to my client is $184,098.67, including attorney fees which to date stand at $4,000.00.

Be further advised that should you report any derogatory credit information to a credit reporting agency that such shall be deemed a violation of the Fair Credit Reporting Act as the claims are disputed, invalid, and illegal. Rest assured that litigation against you will ensue.

Please contact me within the next seven (07) days following reception of this letter should you wish to avoid imminent litigation.

Sincerely,

THE MOSTER LAW FIRM

/s/ Charles A. Moster
 Charles A. Moster
4920 S. Loop 289, Suite 103-A
Lubbock, TX 79414
cmoster@themosterlawfirm.com;
zachary@themosterlawfirm.com
mgomez@themosterlawfirm.com

AUSTIN  |  DALLAS  |  HOUSTON  |  LUBBOCK  |  MIDLAND/ODESSA

RATED AV PREEMINENT

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Michelle Alvarado on behalf of Charles Moster
Bar No. 797782
michelle@themosterlawfirm.com
Envelope ID: 82344069
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition and Request for Disclosures
Status as of 12/7/2023 4:02 PM CST

Associated Case Party: ATC West Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David C.Nelson | | david.nelson@penskeautomotive.com | 12/7/2023 12:47:46 PM | SENT |