# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **TRUPORT LOGISTICS, LLC, a New Jersey Limited Liability Company,** | § § § | |
| *Plaintiff* | § § § | MO:24-CV-00115-DC |
| v. | § § | |
| **ATC WEST TEXAS, LLC d/b/a PREMIER TRUCK GROUP OF ODESSA, a Delaware Limited Liability Company,** | § § § § | |
| *Defendant* | § | |

## **ORDER**

By previous order, the Court required counsel for Truport Logistics, LLC to provide proof that he had re-established communications by email with his client.[1] Truport's counsel has emailed the court that he re-established communications, at least by phone, but provided no proof of that conversation as required by that order.[2] **By 5:00 p.m. Friday, July 18, 2025**, Truport's counsel must email the Court's judicial law clerks a copy of the email sent to his client demonstrating that he has communicated the Court's concerns as discussed at the show cause hearing and required by the previous order, referred to above. This order does not seek information protected by attorney-client privilege; Truport counsel must bear in mind that he must not run afoul of that principle in his compliance with this order and any

---

[1] ECF No. 67.
[2] *Id.* ("Further, Truport counsel will email his client that the case is in jeopardy of being dismissed for want of prosecution, and will provide a copy of that email to the Court no later than July 11, 2025 at 5:00 p.m..").

such disclosure in not the Court's intent. Failure to comply with this order will result in dismissal of Truport's case.

    It is so **ORDERED**.

    SIGNED this 16th day of July, 2025.

                                      DAVID COUNTS
                                      UNITED STATES DISTRICT JUDGE