IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **TRUPORT LOGISTICS, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY;** | § § § § | |
| *Plaintiff* | § § | |
| **v.** | § | MO:24-CV-00115-DC |
| | § § | |
| **ATC WEST TEXAS, LLC D/B/A PREMIER TRUCK GROUP OF ODESSA, A DELAWARE LIMITED LIABILITY COMPANY;** | § § § § § | |
| *Defendant* | § | |

## ORDER

The Court **ADMINISTRATIVELY CLOSES** the case for a period of 90 days. Attorney John William Cook will be referred to the Western District of Texas Disciplinary Committee under Local Rule AT-7(d). The case may be re-opened upon motion at the lapse of the 90-day period provided Truport Logistics, LLC so moves. Attached to that motion, Truport's corporate representative, Hector Navarrro—not his counsel or some other Truport employee—must sign a notarized affidavit stating that he wishes to resume prosecution of his case and will actively pursue it. Should Truport not so move, the Court will dismiss the case for want of prosecution. Alternatively, Truport may move at any time to dismiss its case.

This 90-day period allows the Moster Firm to find replacement counsel to pick up where Mr. Cook leaves off—should the Moster Firm, after evaluating the situation internally, decide it cannot proceed with Mr. Cook as lead attorney in the case. It also allows the parties time to consummate settlement or depose Mr. Navarro.

Truport is **ORDERED** to file a notice of acknowledgement of this Order within 10 days of the date of this Order, attaching an affidavit from its client's corporate representative, Hector Navarro, stating he understands that the case is administratively closed, that his lawyer, John William Cook, is being referred to the District's Disciplinary Committee, that he must respond on or before the 90-day period lapses with either (a) a motion to re-open, or (b) a notice of voluntary dismissal. In either event, Hector Navarro—not his counsel or some other Truport employee—must attach a notarized affidavit stating he is aware of the actions to re-open or dismiss his case being taken on his behalf.

It is so **ORDERED**.

SIGNED this 18th day of September, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE